| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | A Limited Liability Partnership<br>Including Professional Corporations<br>MICHAEL J. CHILLEEN, Cal. Bar No. 210704 |
| 3 | mchilleen@sheppardmullin.com<br>650 Town Center Drive, 10th Floor |
| 4 | Costa Mesa, California 92626-1993<br>Telephone: 714.513.5100 |
| 5 | Facsimile: 714.513.5130 |
| 6 | Attorneys for Defendants,<br>RALPHS GROCERY COMPANY and |
| 7 | KW MALIBU COLONY, L.L.C. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARLY EDGAR, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPHS GROCERY COMPANY, an Ohio corporation; KW MALIBU COLONY, L.L.C., a Missouri limited liability company; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Los Angeles County Superior Court Case No. 24SMCV04390<br><br>Action Filed:   September 11, 2024<br>Trial Date:      None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that defendants Ralphs Grocery Company and KW Malibu Colony, L.L.C. ("Defendants") hereby remove to this Court the state court action described below:

## I. FILING AND SERVICE OF THE COMPLAINT.

1. On September 11, 2024, plaintiff Carly Edgar, ("Plaintiff") commenced an action in the Superior Court of the State of California for the County of Los Angeles, Case Number 24SMCV04390, by filing a Complaint entitled "***Carly Edgar v. Ralphs Grocery Company, an Ohio corporation; KW Mailibu Colony, L.L.C., a Missouri limited liability company; and DOES 1-10 inclusive.***"

2. Ralphs Grocery Company was served with the Summons and Complaint on September 17, 2024. True and correct copies of the Summons and Complaint and all other documents served upon Defendants are attached hereto as Exhibit "A". Defendants have not yet responded to the Complaint.

## II. THIS COURT HAS FEDERAL QUESTION JURISDICTION.

3. This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiff has filed a civil rights action, and his claims are founded on a claim or right arising under the laws of the United States.

4. More specifically, it appears from the Complaint that this is a civil rights action alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12182 et seq. (Complaint ¶¶ 17-23, 27-29, 33-39, 42, 44, 46-50, 53-56, 59 and 60).

## III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.

5. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

6. Defendants will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal within the law division of the Superior Court of California, County of Los Angeles, as further required by that Section.

7. Venue is proper in this Court because the action is being removed from the Superior Court in the County of Los Angeles.

8. The undersigned counsel for Defendants has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendants pray that the above action now pending against it in the Superior Court of the County of Los Angeles be removed to this Court.

Dated: September 27, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Michael J. Chilleen*
MICHAEL J. CHILLEEN
Attorneys for Defendants,
RALPHS GROCERY COMPANY and
KW MALIBU COLONY, L.L.C.